UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

**TRANSPORTATION ORDER** TO COURT

**24 Mag. 1616** ([illegible])

PEDRO BUTRON MERCADO ,

*Defendant.*

-------------------------------------------------------------------X

Upon the application of Pedro Butron Mercado, by his assigned attorney, James E. Neuman, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of justice, it is hereby ORDERED that:

The United States Marshals Service shall arrange for Pedro Butron Mercado's air travel and ground travel from San Bernardino, California, to the Southern District of New York (White Plains courthouse), for his court appearance before Hon. Vincent L. Briccetti, on November 12, 2026, at 2:30 p.m.

It is further Ordered that the flight and ground travel shall be scheduled so that Mr. Butron Mercado arrives at the White Plains courthouse no later than 1:00 p.m. on November 12, 2026;

It is further Ordered that the aforesaid expenses shall be paid by the United States Marshal Service.

Dated: White Plains, New York
October 21, 2026

**SO ORDERED:**

[signature]

**HON. VINCENT BRICCETTI**
U.S.D.J.