UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -

**TRANSPORTATION ORDER**
FOR RETURN TRAVEL

**24 Mag. 1616 ([redacted])**

PEDRO BUTRON MERCADO ,

*Defendant.*
-------------------------------------------------------------------X

Upon the application of Pedro Butron Mercado, by James E. Neuman, who has been assigned to represent him through the Criminal Justice Act, and upon a finding that Pedro Butron Mercado's presence in the district is needed so that he can meet with his attorney regarding the plea and sentencing, it is hereby ORDERED that:

Criminal Justice Act funds shall be used to pay for Pedro Butron Mercado to travel to San Bernardino, California, from the Southern District of New York, after meeting with his attorney on November 12, 2026;

It is further Ordered that Criminal Justice Act funds shall be used to pay for overnight lodging and sustenance;

It is further Ordered that the flight and hotel reservations shall be made through the National Travel Service.

Dated: White Plains, New York
October 21, 2026

**SO ORDERED:**

______________________________
**HON. VINCENT BRICCETTI**
U.S.D.J.