UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

PEDRO BUTRON MERCADO ,

*Defendant.*

---------------------------------------------------------------X

REVISED
**TRANSPORTATION ORDER**
TO COURT

**24 Mag. 1616 (VB)**

Upon the application of Pedro Butron Mercado, by his assigned attorney, James E. Neuman, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of justice, it is hereby ORDERED that:

The United States Marshals Service shall arrange for and pay for Pedro Butron Mercado's air travel and ground travel from San Bernardino, California, to the Southern District of New York (White Plains courthouse), for his court appearance before Hon. Vincent L. Briccetti, on November 12, 2026, at 2:30 p.m, pursuant to 18 U.S.C. § 4285.

It is further Ordered that the flight and ground travel shall be scheduled so that Mr. Butron Mercado arrives at the White Plains courthouse no later than 1:00 p.m. on November 12, 2026;

It is further Ordered that CJA funds may be used to pay for Pedro Butron Mercado to travel back to San Bernardino, California, from the Southern District of New York, after meeting with his attorney on November 12, 2026, and that the funds may be used for overnight lodging and sustenance.

It is further Ordered that the flight and hotel reservations shall be made through the National Travel Service.

Dated: White Plains, New York
November 4, 2026

**SO ORDERED:**

**HON. VINCENT BRICCETTI**
U.S.D.J.